IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

CHRISTOPHER FEI,

          Plaintiff,

v.                                         CIVIL ACTION NO. 3:06-0451

FRANCES J. HARVEY,
Secretary of the Army,

          Defendant.

## JUDGMENT ORDER

In accordance with the accompanying order, the Court **GRANTS** Defendant's Motion to Dismiss and **DISMISSES** this action with prejudice.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Taylor, counsel of record, and any unrepresented parties.

`                                  ENTER:      March 4, 2009

                                    ROBERT C. CHAMBERS
                                    UNITED STATES DISTRICT JUDGE